# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

---

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

February 28, 2024

Hon. Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: *USA v Herrera-Garcia, et al,* 23 Cr. 504 (JSR)

Your Honor:

        In early October of 2023, I was appointed to represent Felix Herrera Garcia in the referenced matter. Since then, I have devoted substantial time to this case. The trial is currently scheduled to begin several months for now, meaning that the final voucher is unlikely to be ready to be filed for at least six months.

        Accordingly, I ask for permission to file interim vouchers.

        Respectfully submitted,

        /s/
        James E. Neuman

SO ORDERED

*/s/ Jed S. Rakoff*
USDJ
2-29-24