```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   ORDER
      - against -                   :
                                    :   23 Cr 504 (JSR)
FELIX HERRERA GARCIA                :
                                    :
                 Defendant.
------------------------------------X
```

JED S. RAKOFF, U.S.D.J.

Upon the application of James Neuman and David Greenfield, counsel for FELIX HERRERA GARCIA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Metropolitan Detention Center allow the following clothing be admitted for Felix Herrera Garcia, Inmate ID #79767-510, for his upcoming trial:

1. 3 Slacks
2. 3 Suit Jackets
3. 4 Shirts
4. 2 Ties
5. 4 Pairs of Socks
6. 1 Pair of Shoes
7. 1 Belt

Dated: New York, New York
       June 5, 2024

S O  O R D E R E D:

*Jed S. Rakoff*
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE